MURRAY WEINSTEIN, Respondent, v. GORGEOUS FROCKS, INC., Appellant. (Appeal No. 1.) — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MURRAY WEINSTEIN, Respondent, v. GORGEOUS FROCKS, INC., Appellant. (Appeal No. 2.) — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ESTELLE RATTINER, as Administratrix, etc., of DIANE HARRIET RATTINER, Deceased, Appellant, v. JACQUES W. MALINIAK, Respondent.— Order, so far as appealed from, modified to the extent of permitting plaintiff to furnish bill of particulars ten days after completion of examination before trial of the defendant, and, as so modified, affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. (Untermyer, J., dissents and votes to modify also by granting items 3 and 4 of the notice of motion.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHECKER CAB MANUFACTURING CORPORATION, Appellant, Respondent, v. MURAL TRANSPORTATION CORPORATION, Defendant, Impleaded with J. F. WATERS MOTOR SALES CORP. and JAMES F. WATERS, Respondents, Appellants.— Order unanimously modified by denying items 3, 7, 8, 9; as to items 19, 20, 21 and 23 the details may be furnished within twenty days after the completion of the pending examination before trial; otherwise affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PETER J. WHITE, Respondent, v. RICHARD J. BARRY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STUYVESANT FISH and Others, Respondents, v. DEMOTTE, INC., and Others, Defendants, Impleaded with BOOTH HOLDING CORPORATION and PHILIP S. DEAN, Appellants.— Order unanimously modified by granting items 7, 8 and 15 of the notice of motion and, as so modified, affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANK SALZMAN, Appellant, v. L. BLAU & SONS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACK ROSENBERG and IRVING FREED, Respondents, v. WILLIAM I. NATHAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WALTER T. STERN, Respondent, for an Order for the Inspection of the Stockbook of the Preferred Stockholders of UNITED STATES PLYWOOD CORPORATION, Appellant, Pursuant to Article 78 of the C. P. A.— Order unanimously affirmed, with twenty dollars costs and disbursements.